IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 21-90018-G

---

MUSIC SPECIALIST, INC., *et al.*,

Petitioners,

versus

WARNER CHAPPELL MUSIC, INC., *et al.*,

Respondents.

---

Petition for Permission to Appeal from the
United States District Court for the Southern District of Florida

---

Before: BRANCH, GRANT and LAGOA, Circuit Judges.

BY THE COURT:

The petition for permission to appeal under 28 U.S.C. § 1292(b) is GRANTED.